**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-1783**

———————

In Re: EDWARD R. BUTLER,

                                        Debtor.

_____


EDWARD R. BUTLER,

                                Plaintiff - Appellant,

        versus


STATE OF MARYLAND COMPTROLLER OF THE TREASURY,

                                Defendant - Appellee,

        and


TERRY L. MUSIKA; UNITED STATES TRUSTEE; RESO-
LUTION TRUST CORPORATION, as Receiver for
Baltimore Federal Financial, F.S.A.,

                                Parties in Interest.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Alexander Harvey II, Senior District
Judge.  (CA-96-672-H, CA-94-1814-H, BK-90-3087-5)

———————

Submitted:  January 22, 1998      Decided:  February 3, 1998

———————

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Edward R. Butler, Appellant Pro Se.  Wallace E. Hutton, OFFICE OF THE COMPTROLLER OF THE STATE OF MARYLAND, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for reconsideration of the order affirming the bankruptcy court's order denying his motion to vacate the order converting his Chapter 11 bankruptcy case to a Chapter 7 case. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Butler v. State of Maryland Comptroller of the Treasury</u>, Nos. CA-96-672-H; CA-94-1814-H; BK-90-3087-5 (D.Md. Apr. 25, 1997; May 14, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>